IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01129-PSF-MEH

HECTOR HUGO MARTINEZ JIMENEZ,

    Applicant,

v.

C.D.O.C. MR. MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 8 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER TO ANSWER

---

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before <u>August 28, 2006</u> the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

Dated: August 4, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01129-PSF-MEH

Hector Hugo Martinez Jimenez
Prisoner No. 106871
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Mr. Milyard
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for process of service on Joe Ortiz and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 6/13/06, AND THE NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/8/06.

               GREGORY C. LANGHAM, CLERK

               By: _____
                     Deputy Clerk