IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01129-PSF-MEH

HECTOR HUGO MARTINEZ JIMENEZ,

    Applicant,

v.

C.D.O.C. MR. MILYARD; and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 6, 2006.**

    Applicant's document which has been filed as a motion requesting explanation [Filed August 21, 2006; Docket #22] is **denied**, without prejudice. Rule 7(b)(1) Fed.R.Civ.P.[1] requires that all requests or motions must state "with particularity" the grounds for relief being sought and the relief being requested. Rule 7 is designed to give the court notice of the grounds and prayer of a motion, and to provide the court with enough information to process the motion correctly. *See Registration Control Systems, Inc. v. Compusystems, Inc.*, 922 F.2d 805, 808 (Fed. Cir. 1990). The filing by the Applicant is untitled and is indecipherable in the arguments being presented or what specific relief might be sought. Additionally, if the Applicant intended for this filing to serve as a traverse in this matter, he needed to clearly indicate that fact and, under Local Rule 7.1(C), it would not be proper for him to include additional motions or requests for relief within such a document. The filing is denied without prejudice so that the Applicant may have the opportunity to re-submit these matters to the Court in the proper format.

---

[1] The Federal Rules of Civil Procedure are applicable in habeas proceedings such as this. *See* RULE 11 OF THE RULES GOVERNING SECTION 2254 CASES IN THE UNITED STATES DISTRICT COURTS.